**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 17, 2026.**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| IN RE: § § | |
| GARRETT CLAYTON HENNIG & § CRYSTAL MARIE HENNIG, § § | CASE NO. 25-60608-MMP |
| DEBTOR § | CHAPTER 11 |

**ORDER SETTING DEADLINES PURSUANT TO SCHEDULING ORDER**

The Court considered the Debtor's Amended Subchapter V Debtors' Plan Dated February 9, 2026 (ECF NO 91) as well as the docket for this case and determined that the Court must enter an order setting dates pursuant to Scheduling Order Interim Rule 3017.2. It is therefore

**ORDERED** that the following dates are established pursuant to Scheduling Order with respect to the Debtor's Plan:

1. The date by which Debtor must send out notice of (i) the Plan, (ii) the confirmation hearing on the Plan, and (iii) the deadlines to object accept, or reject the Plan is **February 27, 2026;**

2. The date by which parties-in-interest may object to the Plan is **April 7, 2026**;

3. The date by which the Ballot Summary must be submitted is **April 10, 2026**; and

4. The date of the hearing on **Plan Confirmation is April 14, 2026 at 1:45 PM. in Courtroom #1, Waco, Texas.**

It is further

    **ORDERED** that the Debtor's counsel shall mail a ballot conforming to Official Form 314 along with a copy of the plan and a copy of this Order to creditors and other parties-in-interst on or before **February 27, 2026**. It is further

    **ORDERED** that parties-in-interest must file and serve, pursuant to Federal Rule of Bankruptcy Procedure 302(b)(91), written objections to confirmation of the Plan on or before **April 7, 2026**. It is further

    **ORDERED** that creditors must mail or transmit ballots setting forth written acceptances or rejections of the Plan on or before **April 7, 2026**. It is further

    **ORDERED** that all completed ballots shall be timely transmitted directly to Debtors counsel by U.S. Mail, facsimile, or email as follows:

> Stephen W. Sather
> Barron & Newburger, PC
> 7320 North Mopac Expressway, Suite 400
> Austin, Texas 78731
> Fax: (512) 476-9253
> Email: ssather@bn-lawyers.com

It is further

**ORDERED** that the Debtor shall file its ballot summary no later than **April 10, 2026**. It is further

**ORDERED that the date of the hearing of the Plan Confirmation is April 14, 2026 at 1:45PM in Courtroom #1, Waco, Texas.** Mr. Sather shall send notice of the Plan Packet with the Notice of Hearing no later than March 13, 2026.

# # #